In the Matter of MARK DAWSON, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [749 NYS2d 919] —Appeal from a judgment of Supreme Court, Wyoming County (Dadd, J.), entered July 25, 2001, which denied the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wyoming County, Dadd, J. Present—Green, J.P., Hayes, Hurlbutt, Burns and Gorski, JJ.